**IT IS SO ORDERED.**

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**CLEVELAND DIVISION**

| | |
|---|---|
| **LAREE METZGER**, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:25-cv-01049-PAB |
| **APPLE INC.**, | : |
| Defendant. | : |

## JOINT STIPULATION TO DISMISS *WITH* PREJUSAUNT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**COMES NOW** the above-named Plaintiff, Laree Metzger ("Plaintiff"), and Defendant Apple Inc. ("Defendant"), by and through undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss this matter *with* prejudice; and without costs.

**JOHNSON BECKER, PLLC**

Dated: January 8, 2026

*/s/ Adam J. Kress, Esq.*
Lisa A. Gorshe, Esq.
Adam J. Kress, Esq.
Admitted *Pro Hac Vice*
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
(612) 436-1801 (fax)
lgorshe@johnsonbecker.com
akress@johnsonbecker.com

***Attorneys for Plaintiff***